Bryan Anderson, pro se
20022 81st Avenue E.
Spanaway, WA 98387
(253) 590-3301
bryanlasbry@aol.com
Creditor

THE HON. BRIAN D. LYNCH

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In Re:

DAVID JOHN DENYS,

    Debtor.

BRYAN ANDERSON,

Plaintiff–Creditor,

v.

DAVID JOHN DENYS,

Defendant–Debtor.

Case No. 19-40569-BDL
Chapter 7

Adv. Proc. No. 19-04031-BDL

CERTIFICATE OF SERVICE

I, Louie Boyer, certify under penalty of perjury:

1. That I am, and at all times hereinafter mentioned was, more than 18 years of age, and not a party to this action;

2. That, on June 1, 2019, I did serve true and correct copies of the following:

    a. Summons in an Adversary Proceeding (with Mediation Certification); and

    b. Complaint to Determine Dischargability of Debt (with Exhibits 1-3)

via First Class U.S. Mail (postage prepaid) by directing delivery to and addressed to the following individuals:

//

CERTIFICATE OF SERVICE      Page 1 of 2

(Ch. 7 No. 19-40569-BDL) (Adv. Proc. No. 19-04031-BDL)

Bryan Anderson
20022 81st Ave. E.
Spanaway, WA 98387
(253) 590-3301

David John Denys
941 N. Reservation Rd.
Skokomish, WA 98584

Ellen Ann Brown
Brown & Seelye PLLC
744 S. Fawcett Ave.
Tacoma, WA 98402

Terrence J. Donahue
1201 Pacific Ave. #1200
Tacoma, WA 98402

DATED at Puyallup, Washington this 7th day of June, 2019.

By _____
Louie Boyer

CERTIFICATE OF SERVICE   Page 2 of 2

(Ch. 7 No. 19-40569-BDL) (Adv. Proc. No. 19-04031-BDL)

Bryan Anderson
20022 81st Ave. E.
Spanaway, WA 98387
(253) 590-3301