IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re: | Adv. Proceeding No. 19-04031-BDL |
|---|---|
| DAVID JOHN DENYS<br>Debtor(s). | Chapter 7 No. 19-40569-BDL |
| BRYAN ANDERSON,<br>Plaintiff<br><br>Vs.<br><br>DAVID JOHN DENYS,<br>Defendant(s) | DEFENDANT'S ANSWER TO<br>COMPLAINT TO<br>DETERMINE DEBT<br>NON-DISCHARGEABLE |

COMES NOW the Defendant, David John Denys, and hereby answers the Plaintiff's Complaint.

Defendant enters a general denial to the Plaintiff's Complaint and specifically asserts the following:

In June 2014 myself & my ex-wife Jessica Denys (aka) Jessie Stymaeks rented the "Jones" road property in question at 1784 SE Jones rd. in Shelton, wa. At the time of the lease signing I did not have a dog, nor did I smoke. When I lived at the residence it was

ANSWER TO COMPLAINT OF NONDISCHARGEABILITY

clean and all in working order.
At the end of July 2014 me + Jessica Denys seperated. I was tricked by Jessica to move out. She was threatening custody of my children as well as visitation with them. In exchange of not fighting her and moving out quietly I could have regular visits and a very easy divorce. I gave her my key to the Jones property and moved in with friends. I was still giving Jessica cash to pay rent + bills and did not know she withheld rent from the manager/owners.
   Anderson on multiple occasions in his statements as well as an email to my attorney refer to "Denys" but never specifies which "Denys", but he must be implying Jessica not me. I never told Anderson that I lied about having a dog or smoking. I did not lie to Anderson or on my lease to obtain the "Jones" property.

ANSWER TO COMPLAINT OF NONDISCHARGEABILITY

Anderson also admits on his letter to my attorney and statements that he went to the Jones property where my ex-wife had a dog and even explains how she told him I was no longer at the residence, as well as I told him I was not living at the house.

When I moved out of the house in July everything was in good condition. If any damages were done it was not by me. It was not done by me being malicious or willful.

I was never served any court papers, only my ex-wife was aware + lived at the address. I was unaware of the court proceedings. I never filed any motions during the eviction, only my ex-wife was aware of the process and denied to tell me or give me papers. I was never properly informed of the process. It even states in Andersons statement that

Jessica Denys was the one who showed up to court, not me. I never gave false information to obtain the lease. Anderson also states that I caused "wilful + malicious damages" to the property, but this is false. If there were any damages done it was after I moved out and I did not have any knowledge of it.

6-27-2019

*[signature]*

ANSWER TO COMPLAINT OF NONDISCHARGEABILITY