Bryan Anderson, pro se
20022 81st Avenue E.
Spanaway, WA 98387
(253) 590-3301
bryanlasbry@aol.com
Creditor

THE HON. BRIAN D. LYNCH

USBC WAWB TACOMA WA
Filed 13 FEB 2020 AM9:38

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| In Re: DAVID JOHN DENYS, Debtor. | Case No. 19-40569-BDL Chapter 7 |
|---|---|
| BRYAN ANDERSON, Plaintiff–Creditor, v. DAVID JOHN DENYS, Defendant–Debtor. | Adv. Proc. No. 19-04031-BDL<br>STIPULATION TO DISMISS ADVERSARY PROCEEDING |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7041, Plaintiff Bryan Anderson and Defendant David John Denys, being all parties who entered an appearance in the above-referenced adversary proceeding, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, with prejudice to refiling.

[Signatures on next page]

Bryan Anderson
20022 81st Ave. E.
Spanaway, WA 98387
(253) 590-3301

Dated this 3rd day of ~~December, 2019~~ February, 2020.

Bryan Anderson
Plaintiff-Creditor

David Denys
Defendant-Debtor

STIPULATION TO DISMISS ADVERSARY PROCEEDING
Page 1 of 2
(Ch. 7 No. 19-40569-BDL) (Adv. Proc. No. 19-04031-BDL)

Bryan Anderson
20022 81st Ave. E.
Spanaway, WA 98387
(253) 590-3301